JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

|  |  |
|---|---|
| CARLOS ENRIQUE RAMIREZ TORREZ, | No. 5:26-cv-03358-BFM |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN OF ADELANTO ICE PROCESSING CENTER, et al., | |
| Respondents. | |

Pursuant to the Order Granting Amended Petition (ECF 11), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Amended Petition (ECF 6) is granted. Respondent reports that Petitioner has been released from Respondents' custody. (ECF 13.) The Court therefore directs the Clerk of Court to close this case.

DATED: ___JUNE 26, 2026___

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE